| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>TORRES, EDWIN G. | 2. Court or Organization<br><br>U.S. DIST. CT., S.D. FLA. | 3. Date of Report<br><br>08/13/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE - FULL-TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>James Lawrence King Federal Building<br>99 N.E. 4th Street, Rm. 1027<br>Miami, Florida 33132 |
| --- |

| **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. |
| --- |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | University of Miami - Adjunct Faculty Teaching | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | University of Miami School of Law - salary as Faculty member, Legal Communications Program |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (checking/CDs) | A | Interest | K | T | | | | | |
| 2. Gibraltar Bank CD | A | Interest | K | T | | | | | |
| 3. American Express Savings | A | Interest | L | T | | | | | |
| 4. Stearns Weaver Miller 401K Acct. | E | Dividend | | | Closed | 01/27/12 | N | | |
| 5. --- Fidelity Institutional Money Mkt. Fund | | | | | Sold | 01/25/12 | L | | |
| 6. --- Fidelity Spartan Total Mkt. Index | | | | | Sold | 01/25/12 | L | | |
| 7. --- American Funds American Balanced R6 | | | | | Sold | 01/25/12 | J | | |
| 8. --- American Funds Growth Fund of America R6 | | | | | Sold | 01/25/12 | L | | |
| 9. --- American Funds New Perspective R6 | | | | | Sold | 01/25/12 | L | | |
| 10. --- American Funds Investment Co. of America R6 | | | | | Sold | 01/25/12 | L | | |
| 11. --- American Funds Fundamental Invs. R6 | | | | | Sold | 01/25/12 | L | | |
| 12. --- American Funds Intermediate Bond Fund of America R6 | | | | | Sold | 01/25/12 | J | | |
| 13. SMITH BARNEY IRA #2 | B | Dividend | | | Closed | 10/08/12 | M | | |
| 14. --- American Balanced Fund Class C | | | | | Sold | 09/25/12 | L | | |
| 15. ---Blackrock Global Allocation Fund Class C | | | | | Sold | 09/25/12 | J | | |
| 16. ---PIMCO Total Return Fund Class C | | | | | Sold | 10/01/12 | L | | |
| 17. ROYAL ALLIANCE ROTH IRA | | | | | Closed | 08/20/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Russell Lifepoint Balanced Strategy Fund CL C | A | Dividend | | | Sold | 08/20/12 | K | | |
| 19. INVESTACORP ROTH IRA | | | | | Open | 08/20/12 | K | | |
| 20. -- JNL/Ivy Asset Strategy Fund | A | Dividend | J | T | Buy | 09/11/12 | J | | |
| 21. -- JNL/Blackrock Global Allocation Fd | A | Dividend | J | T | Buy | 09/11/12 | J | | |
| 22. -- Curian Tactical Advtg. 75 Fd. | A | Dividend | J | T | Buy | 09/11/12 | J | | |
| 23. -- Curian Guidance Inst. Alt 100 Mod. Fd. | A | Dividend | J | T | Buy | 09/11/12 | J | | |
| 24. -- Curian Dynamic Risk Advantage Growth Fd. | | | J | T | Buy | 09/11/12 | J | | |
| 25. EGT ROLLOVER IRA | C | Int./Div. | M | T | Open | 10/08/12 | M | | (Rollover from Line13) |
| 26. -- Jackson National Life Money Mkt | | | J | T | Buy | 10/08/12 | J | | |
| 27. -- Jackson National Life Ivy Asset Strgy. | B | Dividend | K | T | Buy | 10/09/12 | K | | |
| 28. -- Jackson National Life Blackrock Global | A | Dividend | K | T | Buy | 10/09/12 | K | | |
| 29. -- Curian Tactical Advantage 75 Fund | A | Dividend | K | T | Buy | 10/09/12 | K | | |
| 30. -- Curian Institutional Alt 100 Fund | A | Dividend | K | T | Buy | 10/09/12 | K | | |
| 31. -- Curian Dyamic Risk Advantage Growth Fund | | | K | T | Buy | 10/09/12 | K | | |
| 32. ▨ ROLLOVER IRA | A | Int./Div. | N | T | Open | 01/27/12 | N | | (Rollover from Line4) |
| 33. -- Apple Inc. Common Stock | | | J | T | Buy | 04/09/12 | K | | |
| 34. -- Ishares 3-7 Yr Bond ETF | A | Dividend | K | T | Buy | 08/24/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TORRES, EDWIN G.** | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Ishares Core S&P Mcp ETF | A | Dividend | K | T | Buy | 08/24/12 | K | | |
| 36. -- Ishares Iboxx Hi Yield ETF | A | Dividend | K | T | Buy | 08/24/12 | K | | |
| 37. -- Ishares JP Morgan EM Mkt ETF | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 38. -- Ishares U.S. Pfd Stk ETF | A | Dividend | J | T | Buy | 08/24/12 | J | | |
| 39. -- Pimco Income D Fund | D | Dividend | L | T | Buy | 08/24/12 | L | | |
| 40. -- Proshares Ultra Midcap 400 | A | Dividend | K | T | Buy | 09/07/12 | K | | |
| 41. -- Proshares Ultra 7-10 Treasure ETF | A | Dividend | K | T | Buy | 08/24/12 | K | | |
| 42. -- Scout Midcap Fund | | | K | T | Buy | 09/13/12 | K | | |
| 43. -- SPDR Series Trust Barclays High Yd Bond ETF | B | Dividend | K | T | Buy | 08/24/12 | K | | |
| 44. -- Walthausen Funds SmlCap Value Fund | B | Dividend | K | T | Buy | 09/13/12 | K | | |
| 45. -- Direxion Mthly Latin Am Bull 2x Inv Fund | | | | | Buy | 02/14/12 | J | | |
| 46. | | | | | Sold (part) | 03/07/12 | J | | |
| 47. | | | | | Sold | 04/13/12 | J | | |
| 48. -- Doubleline Total Return Bond Fd Class N | A | Dividend | | | Buy | 02/29/12 | J | | |
| 49. | | | | | Sold | 07/13/12 | J | | |
| 50. -- Fidelity Real Est Inv Fund | A | Dividend | | | Buy | 02/06/12 | J | | |
| 51. | | | | | Sold | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Fidelity Selet Biotech Port | A | Dividend | | | Buy | 02/22/12 | J | | |
| 53. | | | | | Sold | 05/08/12 | J | | |
| 54.  -- Fidelity Select Chemical Fund | | | | | Buy | 05/08/12 | J | | |
| 55. | | | | | Sold | 06/08/12 | J | | |
| 56.  -- Fidelity Select Computer Fund | | | | | Buy | 04/18/12 | J | | |
| 57. | | | | | Sold | 06/08/12 | J | | |
| 58.  -- Fidelity Select Consumer Discretionary Fund | | | | | Buy | 05/08/12 | J | | |
| 59. | | | | | Sold | 07/13/12 | J | | |
| 60.  -- Fidelity Select Consumer Staples Port | A | Dividend | | | Buy | 05/08/12 | J | | |
| 61. | | | | | Sold | 06/08/12 | J | | |
| 62.  -- Fidelity Select Electronics Fd | | | | | Buy | 02/06/12 | J | | |
| 63. | | | | | Sold | 05/08/12 | J | | |
| 64.  -- Fidelity Select Energy Svs Fd | | | | | Buy | 02/14/12 | J | | |
| 65. | | | | | Sold | 04/12/12 | J | | |
| 66.  -- Fidelity Select IT Servs Portfolio | | | | | Buy | 02/06/12 | J | | |
| 67. | | | | | Sold | 05/08/12 | J | | |
| 68.  -- Fidelity Select Leisure Fd | | | | | Buy | 05/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/13/12 | J | | |
| 70. -- Fidelity Select Multimedia Fd | A | Dividend | | | Buy | 02/06/12 | J | | |
| 71. | | | | | Sold | 07/13/12 | J | | |
| 72. -- Fidelity Select Retailing Fd | | | | | Buy | 05/08/12 | J | | |
| 73. | | | | | Sold | 07/13/12 | J | | |
| 74. -- Fidelity Select Transportation Fd | | | | | Buy | 02/06/12 | J | | |
| 75. | | | | | Sold | 04/13/12 | J | | |
| 76. -- Forward Select Income A Fd | B | Dividend | | | Buy | 02/06/12 | J | | |
| 77. | | | | | Sold | 07/13/12 | K | | |
| 78. -- Franklin Templeton Conv. Sec. Fund ClassA | | | | | Buy | 03/02/12 | J | | |
| 79. | | | | | Sold | 04/20/12 | J | | |
| 80. -- Franklin Templeton Hard Currency Fund Class A | | | | | Buy | 02/06/12 | K | | |
| 81. | | | | | Sold | 03/07/12 | J | | |
| 82. | | | | | Sold (part) | 02/29/12 | J | | |
| 83. -- Fidelity Inflation Protected Bond Class A | A | Dividend | | | Buy | 03/14/12 | J | | |
| 84. | | | | | Sold | 07/13/12 | J | | |
| 85. -- Ivy High Income Y Fd | A | Dividend | | | Buy | 03/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 06/06/12 | J | | |
| 87.   -- Janus Short Term Bond Fd Class T | B | Dividend | | | Buy | 02/29/12 | K | | |
| 88. | | | | | Sold | 07/13/12 | L | | |
| 89.   -- Loomis Sayles Global Bond Fd Retail Class | A | Dividend | | | Buy | 03/01/12 | J | | |
| 90. | | | | | Sold | 06/08/12 | J | | |
| 91.   -- Powershares ETF TRII S&P500 LowVol | A | Dividend | | | Buy | 05/10/12 | J | | |
| 92. | | | | | Sold | 07/13/12 | J | | |
| 93.   -- Powershares QQQ Trust Unit Serv 1 | A | Dividend | | | Buy | 02/08/12 | K | | |
| 94. | | | | | Sold (part) | 04/27/12 | K | | |
| 95. | | | | | Sold | 06/06/12 | K | | |
| 96.   -- Rydex ETF Trust S&P MidCap 400 | | | | | Buy | 02/08/12 | K | | |
| 97. | | | | | Sold | 05/29/12 | K | | |
| 98.   -- Rydex Commodity Fund Class H | | | | | Buy | 02/29/12 | J | | |
| 99. | | | | | Sold | 05/08/12 | J | | |
| 100.  -- Rydex SMCP 600 Puregrowth Class H | | | | | Buy | 02/06/12 | J | | |
| 101. | | | | | Sold | 05/08/12 | J | | |
| 102.  -- Select Automotive Fund | | | | | Buy | 02/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 05/08/12 | J | | |
| 104.  -- Select Banking Port | A | Dividend | | | Buy | 03/09/12 | J | | |
| 105. | | | | | Sold | 07/13/12 | J | | |
| 106.  -- Select Constr. & Housing | | None | | | Buy | 05/08/12 | J | | |
| 107. | | | | | Sold | 07/13/12 | J | | |
| 108.  -- Select Energy | | | | | Buy | 02/23/12 | J | | |
| 109. | | | | | Sold | 04/12/12 | J | | |
| 110.  -- Select Indus. Equipment | | | | | Buy | 02/14/12 | J | | |
| 111. | | | | | Sold | 05/08/12 | J | | |
| 112.  -- Select Insurance | | | | | Buy | 02/06/12 | J | | |
| 113. | | | | | Sold | 04/11/12 | J | | |
| 114.  -- Select Materials Port | | | | | Buy | 02/06/12 | J | | |
| 115. | | | | | Sold | 04/13/12 | J | | |
| 116.  -- SPDR Gold Trust Gold Shares | | | | | Buy | 02/08/12 | K | | |
| 117. | | | | | Sold | 07/13/12 | K | | |
| 118.  -- TCW Emerging Mkt. Income I Fd. | | | | | Buy | 04/18/12 | J | | |
| 119. | | | | | Sold | 06/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- Hartford Floating Rate Fund A | A | Dividend | | | Buy | 03/14/12 | J | | |
| 121. | | | | | Sold | 06/06/12 | J | | |
| 122.  -- Thompson Plumb Bond Fd | A | Dividend | | | Buy | 03/02/12 | J | | |
| 123. | | | | | Sold | 07/13/12 | J | | |
| 124.  FS Investment Corp. (Shares in Private Investment Fund) | C | Dividend | L | T | Open | 05/03/12 | K | | |
| 125.  UNIVERSITY OF MIAMI 401K | | | | | Open | 01/31/12 | J | | |
| 126.  -- Fidelity Freedom Index | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDWIN G. TORRES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544